**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASMIK MINASYAN,<br><br>                    Petitioner,<br><br>        v.<br><br>PAM BONDI, et al.,<br><br>                    Respondents. | Case No. EDCV 26-2135-PVC<br><br>**MEMORANDUM DECISION AND ORDER GRANTING PETITION AND ORDERING IMMEDIATE RELEASE** |

On April 25, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, seeking an order requiring Respondents to immediately release her from immigration detention and awarding Petitioner attorney's fees and costs under the Equal Access to Justice Act. (Dkt. No. 1 at 26). On May 4, 2026, Respondents responded to the Petition for Writ of Habeas Corpus, stating that they "are not presenting an opposition argument" to the Petition. (Dkt. No. 11 at 2). Because Respondents do not oppose the Petition, its merits are conceded. *See* C.D. Cal. L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."); *see also* C.D. Cal. L.R. 7-9 (setting forth the requirements of opposition brief or statement of non-opposition).

Accordingly, the Court **GRANTS** the Petition, and Respondents are **ORDERED** to:

1) Release Petitioner from custody immediately;

2) Not re-detain Petitioner under 8 U.S.C. § 1226 absent compliance with constitutional protections, which include at a minimum pre-deprivation notice of at least 10 days before a pre-deprivation hearing, at which time the Government shall bear the burden of justifying by clear and convincing evidence that Petitioner poses a flight risk or danger to the community if not detained; and

3) File a notice of compliance no later than **May 7, 2026.**

The matter is deemed closed.  The Court **ORDERS** the Clerk to vacate any pending dates and to close the case.  Judgment is **ENTERED** in favor of Petitioner.

As to Petitioner's request for an award of attorney's fees and costs, the Court will consider an application under the Equal Access to Justice Act requesting costs and reasonable attorney's fees that is filed within 30 days of entry of final judgment in this action.  *See Rahimi v. Semaia*, 2026 WL 246066, at *3 (C.D. Cal. Jan. 27, 2026) ("The Court will consider an application requesting costs and reasonable attorney's fees under the EAJA that is filed within 30 days of final judgment in this action.").

IT IS SO ORDERED.

Dated: May 5, 2026

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

2