JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASMIK MINASYAN,<br><br>    Petitioner,<br><br>    v.<br><br>PAM BONDI, et al.,<br><br>    Respondents. | Case No. EDCV 26-2135-PVC<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

1) Respondents shall immediately release Petitioner from custody.

2) Respondents shall not re-detain Petitioner under 8 U.S.C. § 1226 absent compliance with constitutional protections, which include at a minimum pre-deprivation notice of at least 10 days before a pre-deprivation hearing, at which time the Government shall bear the burden of justifying by clear and convincing evidence that Petitioner poses a flight risk or danger to the community if not detained; and

3)   Respondents shall file a notice of compliance no later than **May 7, 2026**.


LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: May 5, 2026

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

2